# IN THE SUPREME COURT OF TENNESSEE
## AT NASHVILLE

STATE OF TENNESSEE, *ex rel.*  )
JOHN JAY HOOKER,                )
                                )
    Appellant,                )
                                )
v.                              )   No.  01A01-9606-CH-00259
                                )
BROOK THOMPSON, *et al.*,       )
                                )
    Appellees,                )
                                )
                                )
STATE OF TENNESSEE, *ex rel.*   )
LEWIS LASKA,                    )
                                )
    Appellant,                )
                                )
v.                              )   No.  01A01-9606-CH-00280
                                )
BROOK THOMPSON, *et al.*,       )
                                )
    Appellees,                )
                                )
                                )
STATE OF TENNESSEE, *ex rel.*   )
LEWIS LASKA,                    )
                                )
    Appellant,                )
                                )
v.                              )   No.  01S01-9606-CH-00114
                                )
BROOK THOMPSON, *et al.*,       )
                                )
    Appellees.                )

---

## ORDER

---

These cases are before the Court upon a Motion for Leave to File an Amicus Curiae Brief filed by Victor S. Johnson, III, District Attorney General for the Twentieth Judicial District, and Appellant John Jay Hooker's Supplemental Petition to Rehear. The Court having considered these matters, it is ORDERED:

    1.    The Motion for Leave to File an Amicus Curiae Brief is DENIED.

    2.    Appellant John Jay Hooker's Supplemental Petition to Rehear is DENIED.

113552-1

ENTERED this 11th day of July, 1996.

_____
WILLIAM H. D. FONES, CHIEF JUSTICE


_____
MARTHA S. L. BLACK, JUSTICE


_____
LIN S.  HOWARD, JUSTICE


_____
A. C. WHARTON, JR., JUSTICE


_____
S. MORRIS HADDEN, JUSTICE

113552-1